435 A.2d 1312

Howarth, Appellant v. Howarth.

Submitted May 20, 1981. Mark J. Goldberg, for appellant; J. Kerrington Lewis, for appellee.

Before MONTGOMERY, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.

435 A.2d 1312

Huss v. Huss, Jr., Appellant.

Argued December 5, 1980. Peter J. Fagan, for appellant; Maureen E. Hogan, for appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.